```
                                                        TK      CLOSED

                          U.S. District Court
              FLS - Southern District of Florida Miami      0 5    8 6 8
                  CIVIL DOCKET FOR CASE #: 05-CV-21918
```

Jalife v. ACE Capital                                    Filed: 07/15/05
Assigned to: Joan A. Lenard
Demand: $0                          Nature of Suit: 110
Lead Docket: None                   Jurisdiction: Federal Question
Dkt # in other court: None

Cause: 28:1331 Federal Question

JAIME JALIFE                    Michael T. Moore
    plaintiff                   FTS 221-0601
                                [COR LD NTC]
                                Moore & Company
                                355 Alhambra Circle
                                Suite 1100
                                Coral Gables, FL 33114
                                786-221-0600


DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    v.

ACE CAPITAL, ans others         Farris James Martin, III
underwriting at Lloyd's         FTS 462-0278
severally subscribing to        [COR LD NTC]
policy No. A5BGLY170            Stroup & Martin
    defendant                   119 SE 12th Street
                                Fort Lauderdale, FL 33316-1813
                                954-462-8808

---------------------------------

| Date | # | Entry |
|---|---|---|
| 07/15/05 | 1 | COMPLAINT filed; FILING FEE $250.00 RECEIPT # 924275 ; Magistrate Judge Theodore Klein (ra) [Entry date 07/18/05] |
| 07/21/05 | 2 | AMENDED COMPLAINT for Decalratory relief by Jaime Jalife , amending [1-1] complaint (aj) |
| 07/27/05 | 3 | SUMMONS issued for ACE Capital (ra) [Entry date 07/28/05] |
| 10/07/05 | 4 | MOTION with memorandum in support by ACE Capital (Attorney Farris James Martin III) to dismiss this cause without prejudice, or, in the alternative to transfer this case to the United States District Court for the Dstrict of Delaware (ra) [Entry date 10/12/05] |
| 10/21/05 | 5 | RESPONSE by Jaime Jalife to [4-1] motion to dismiss this cause without prejudice, [4-2] motion to transfer this case to the United States District Court for the Dstrict of Delaware (aj) [Entry date 11/01/05] |
| 11/02/05 | 6 | NOTICE of filing attachment 1 to Plaintiff's Response to Underwriters Motion to Dismiss or in the Alternative Transfer the Case by Jaime Jalife (aj) [Entry date 11/03/05] |
| 12/01/05 | 7 | ORDER granting [4-2] motion to transfer this case to the |

```
Proceedings include all events.                                              TK
1:05CV21918     Jalife v. ACE Capital                                     CLOSED

                        United States District Court for the Dstrict of Delaware (
                        Signed by Judge Joan A. Lenard on 12/1/05) [EOD Date:
                        12/2/05] (tb) [Entry date 12/02/05]

12/01/05 ---            CASE CLOSED. Case and Motions no longer referred to
                        Magistrate. (tb) [Entry date 12/02/05]
```