# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 05-21918 CIV-LENARD/KLEIN

JAIME JALIFE,

                Plaintiff

v.

ACE CAPITAL AND OTHERS
UNDERWRITING AT LLOYD'S,
SEVERALLY SUBSCRIBING TO   Defendant
POLICY NO. A5BGLY170,

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

    Ace Capital and Others Underwriting at
    Lloyd's, Severally Subscribing to Policy
    No. A5BGLY170
    By serving:
        Mendes & Mount
        750 Seventh Avenue
        New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                  JUL 2 7 2005

CLERK                                                     DATE

(BY) DEPUTY CLERK