# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

JAIME JALIFE                           )
                                          )

     Plaintiff,               )          CIVIL ACTION NO.  05-868-KAJ
                                           )

     vs.                        )
                                          )

ACE CAPITAL AND OTHERS      )
UNDERWRITING AT LLOYD'S,     )
SEVERALLY SUBSCRIBING TO      )
POLICY NO. A5BGLY170,        )
                                          )

     Defendants.             )

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF COURT:

     Please enter the appearance of Michael B. McCauley, Esq., of Palmer Biezup &

Henderson LLP, as Attorney for Defendants ACE Capital *et al.*

                         Respectfully submitted,

                         PALMER BIEZUP & HENDERSON LLP

Date: January 19, 2006          By:   /s/ Michael B. McCauley
                              Michael B. McCauley (ID 2416)
                              1223 Foulk Road
                              Wilmington, DE 19803
                              (302) 594-0895
                              (302) 478 7625 (fax)
                              mccauley@pbh.com
                              Attorneys for Defendants,
                              ACE Capital *et al.*

PBH: 180844.1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAIME JALIFE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.  05-868-KAJ |
| | ) | |
| vs. | ) | |
| | ) | |
| ACE CAPITAL AND OTHERS | ) | |
| UNDERWRITING AT LLOYD'S, | ) | |
| SEVERALLY SUBSCRIBING TO | ) | |
| POLICY NO. A5BGLY170, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, the foregoing Notice of Appearance was

electronically filed with the Clerk of Court using CM/ECF, and a true and correct copy of same

was mailed by United States Postal Service to the following non-registered participant:

Michael T. Moore, Esq.
Moore & Co., P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134


PALMER BIEZUP & HENDERSON LLP


Date: January 19, 2006                 By:    /s/ Michael B. McCauley
                                              Michael B. McCauley (ID 2416)
                                              1223 Foulk Road
                                              Wilmington, DE 19803
                                              (302) 594-0895
                                              (302) 478 7625 (fax)
                                              mccauley@pbh.com
                                              Attorneys for Defendants,
                                              ACE Capital *et al.*

PBH: 180844.1