## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

March 28, 2006

Michael T. Moore, Esq.
Moore & Co., P.A.
355 Alhambra Circle - #1100
Coral Gables, FL  33134

Michael B. McCauley, Esq.
Palmer Biezup & Henderson LLP
1223 Foulk Rd.
Wilmington, DE  19803

Re:  Jamie Jalife v. Ace Capital, et al.,
     Civil Action No. 05-868-KAJ

Dear Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:  Clerk of the Court