UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JAIME JALIFE, )
)
   Plaintiff/Counterclaim Defendant, ) CIVIL ACTION NO. 05-868-KAJ
)
vs. )
)
ACE CAPITAL AND OTHERS )
UNDERWRITING AT LLOYD'S, )
SEVERALLY SUBSCRIBING TO )
POLICY NO. A5BGLY170, )
)
   Defendants/Counterclaimants. )

## STIPULATION TO CONSOLIDATE CASES

Pursuant to Fed. R. Civ. P. 42(a), Plaintiff Jaime Jalife and Defendants ACE Capital *et al.* hereby stipulate and agree to consolidate this action with the earlier-filed action pending before Chief Judge Robinson, *ACE Capital et al. v. Varadam Foundation and Jaime Jalife*, No. 05-413, which involves the same or similar questions of law and fact.

Respectfully submitted,

RAWLE & HENDERSON LLP   PALMER BIEZUP & HENDERSON LLP

By: *Julie M. Sebring*   By: *Michael B. McCauley*
Julie M. Sebring (ID 2259)   Michael B. McCauley (ID 2416)
300 Delaware Avenue, Suite 1015   1223 Foulk Road
P.O. Box 588   Wilmington, DE 19803
Wilmington, DE 19801   (302) 594-0895
(302) 778-1200   mccauley@pbh.com
jsebring@rawle.com   Attorneys for ACE Capital *et al.*
Attorneys for Jaime Jalife

PBH: 182217.1