UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAIME JALIFE, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | CIVIL ACTION NO. 05-868-KAJ |
| ) | |
| vs. ) | |
| ) | |
| ACE CAPITAL AND OTHERS ) | |
| UNDERWRITING AT LLOYD'S, ) | |
| SEVERALLY SUBSCRIBING TO ) | |
| POLICY NO. A5BGLY170, ) | |
| ) | |
| Defendants/Counterclaimants. ) | |

## ORDER TO CONSOLIDATE CASES

AND NOW, this _____ day of _____ 2006, upon consideration of the parties' Stipulation to consolidate this case with *ACE Capital et al. v. Varadam Foundation and Jaime Jalife*, No. 05-413-SLR,

IT IS ORDERED that this action be and is hereby consolidated with Civil Action No. 05-413-SLR.

_____
UNITED STATES DISTRICT JUDGE