## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br>    Plaintiffs,<br><br>    v.<br><br>VARADAM FOUNDATION and JAIME JALIFE,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   CIV. NO. 05-413-SLR |
| JAIME JALIFE,<br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) )   CIV. NO. 05-868-KAJ |

## STIPULATION TO CONSOLIDATE CASES

Pursuant to Fed. R. Civ. P. 42(a), Ace Capital, *et al.* and Varadam Foundation and Jaime Lalife hereby stipulate and agree to consolidate the case pending before Judge Kent A. Jordan, *Jaime Jalife v. Ace Capital, et al.*, No. 05-868-KAJ with an early-filed action pending before Chief Judge Robinson, *Ace Capital et al. v. Varadam Foundation and Jaime Jalife*, No. 05-413, which involves the same or similar questions of law and fact.

### *SIGNATURES IN NEXT PAGE*

1302732 v.1

RAWLE & HENDERSON, LLP

William J. Cattie, III – I.D. No. 953
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200
Attorney for Jaime Jalife


Date: May 12, 2006

PALMER BIEZUP & HENDERSON, LLP

Michael B. McCauley – I.D. No. 2416
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
Attorney for ACE Capital, *et al.*