IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACE CAPITAL AND OTHERS UNDERWRITING AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. A5BGLY170, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. No. 05-413-SLR<br>) |
| VARADAM FOUNDATION and JAIME JALIFE, | )<br>)<br>) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 2d day of June, 2006, having reviewed the joint stipulation to consolidate the above captioned action with Civ. No. 05-868-KAJ filed on May 15, 2006;

IT IS ORDERED that said motion (D.I. 21) is granted.

IT IS FURTHER ORDERED that all future filings shall be made in the lead case only, Civ. No. 05-413-SLR, captioned in the following manner:

[remainder of this page intentionally left blank]

```
ACE CAPITAL AND OTHERS           )
UNDERWRITING AT LLOYD'S          )
SEVERALLY SUBSCRIBING TO         )
POLICY NO. A5BGLY170,            )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )   Civ. No. 05-413-SLR
                                 )   (Lead case)
VARADAM FOUNDATION and           )
JAIME JALIFE,                    )
                                 )
          Defendants.            )
```

                                                                     _____
                                                                     United States District Judge